# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA | 3:07-CR-089-LRH-VPC |
| Plaintiff, | |
| v. | ORDER TO DISMISS INDICTMENT AS TO DEFENDANT WILLIAMS |
| LAWANNA WILLIAMS, | |
| Defendant. | |

Based upon the ex parte motion to dismiss all charges in the Indictment in the above-captioned action against defendant Lawanna Williams by the government dated December 15, 2010, and good cause appearing;

IT IS HEREBY ORDERED that all charges against Lawanna Williams in the Indictment in the above-case number are HEREBY DISMISSED.

IT IS SO ORDERED.

Dated this 27th day of December, 2010.

_____
HON. LARRY R. HICKS
UNITED STATES DISTRICT JUDGE

3

## UNITED STATES DISTRICT COURT
### DISTRICT OF NEVADA
### PRETRIAL SERVICES OFFICE

**SHIELA ADKINS**
CHIEF PRETRIAL SERVICES OFFICER
U. S. COURTHOUSE & FEDERAL BUILDING
400 SOUTH VIRGINIA, SUITE 104
RENO, NV 89501



PHONE: (775) 686-5964
Toll Free (800) 758-7059
FAX: (775) 686-5970

June 2, 2010

Mr. James Keller
Assistant U.S. Attorney
100 West Liberty, Suite 600
Reno, NV 89501

**RE:** **Lawanna Williams**
**Termination of Pretrial Diversion**

Dear Mr. Keller:

Ms. Williams began her fifteen-month pretrial diversion program on August 31, 2009. Aside from her general conditions of pretrial diversion, she was required to complete 100 hours of community service within twelve months of the agreement.

Ms. Williams has complied with her general conditions of pretrial diversion since the program commenced. Ms. Williams also completed her required 100 hours of community service, and documentation was provided for verification purposes. A copy of the letter provided by the SPCA of Northern Nevada is attached for your records. Due to the completion of the divertee's community service, in addition to her compliance with all other conditions of pretrial diversion, it is recommended that this pretrial diversion case be granted an early termination. If you have any questions, you may contact me at 686-5967.

Sincerely,

Jennifer Simone
U.S. Pretrial Services Officer